No. 97–699.  COOPER v. UNITED STATES, 522 U. S. 1089.  Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.  Petition for rehearing denied.

APRIL 21, 1998

No. A–794.  SWEET v. MISSOURI.  Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.

No. 97–8769 (A–793).  IN RE VILLAFUERTE.  Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.  Petition for writ of habeas corpus denied.